UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MUTUAL FIRST, LLC,

        Plaintiff,

v.                                         Case No:   2:14-cv-492-FtM-38CM

BRIAN DAVID FIRESTONE,

        Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on review of the Complaint (Doc. #1) filed on August 25, 2014. Plaintiff Mutual First, LLC asserts this Court has federal jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a). Claims properly brought in federal court pursuant to Section 1332(a) contain matters where the parties are completely diverse with regard to citizenship and where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a); Morrison v. Allstate Indem. Co., 228 F.3d 1255, 1261 (11th Cir. 2000). In an action filed directly in federal court, the plaintiff bears the burden of adequately pleading, and ultimately proving, jurisdiction. King v. Cessna Aircraft Co., 505 F.3d 1160, 1171 (11th Cir. 2007).

Mutual First has failed to properly allege the citizenship of itself and Defendant Brian David Firestone. Mutual First plainly states it is a Texas limited liability corporation.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(Doc. #1, at ¶1). A limited liability corporation (hereinafter "LLC") is a citizen of every state in which one of its members is a citizen. Moreno v. Breitburn Florida, LLC, No. 2:09-cv-566-FtM-29DNF, 2011 WL 2293124 at *1 (M.D. Fla. June 9, 2011) (citing Rolling Greens MHP, L.P. v. Comcast SCH Holdings, LLC, 374 F.3d 1020 (11th Cir. 2004)). Each member of the LLC must be diverse from the defendant in this case. Lincoln Prop. Co. v. Roche, 546 U.S. 81, 89 (2005) ("Since Strawbridge v. Curtiss, 3 Cranch 267, 2 L.Ed. 435, this Court has read the statutory formulation 'between . . . citizens of different States,' 28 U.S.C. § 1332(a)(1), to require complete diversity between all plaintiffs and all defendants."); see also Lewis v Seneff, No. 6:07-cv-1245-Orl-22DAB, 2008 WL 3200273, at *2 (M.D. Fla. Aug. 5, 2008) (explaining that if any of the LLC members were Florida citizens then complete diversity jurisdiction would be destroyed). Here, Mutual First fails to disclose the citizenship of its LLC members. Therefore, Mutual First has failed to properly allege its citizenship.

In addition, Mutual First asserts Firestone is an individual whose principal place of business is in Florida. (Doc. #1, at ¶2). An individual is a citizen for diversity purposes where he is domiciled and not where his principal place of business is. Domicile is the place of an individual's true, fixed, and permanent home and to which he has the intention of returning whenever he is absent therefrom. See, e.g., Arrol v. Heron, No. 2:10-cv-655-FtM-29DNF, 2011 WL 672417, at *1 (M.D. Fla. Feb. 17, 2011). Mutual First has failed to properly allege Firestone's citizenship. Therefore, Mutual First has failed to establish that the parties are completely diverse and that this Court has jurisdiction over this matter pursuant to Section 1332(a).

Accordingly, it is now

**ORDERED:**

1. The Complaint ([Doc. #1](#)) is **DISMISSED without prejudice**.

2. Plaintiff Mutual First, LLC may file an Amended Complaint on or before **September 11, 2014**, that properly alleges federal jurisdiction. Failure to comply by the deadline will result in this matter being closed.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record