UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FIRST MUTUAL GROUP, LP,

    Plaintiff,

v.                                                Case No: 2:14-cv-492-FtM-38CM

BRIAN DAVID FIRESTONE,

    Defendant.
_____/

**ORDER**[1]

This matter is on review of the file in anticipation of the preliminary pretrial conference set for July 20, 2015, before the undersigned. (Doc. #23; Doc. #24). On July 16, 2015, the Court directed the parties to show cause why they had not filed a case management report. (Doc. #27). In the Order, the Court quoted Middle District of Florida Local Rule 3.05, which requires parties to meet and confer in order to prepare a joint case management report and then file the same with the Court. (Doc. #27). Despite the Court's specific reference to Local Rule 3.05, Plaintiff unilaterally filed a case management report without conferring with opposing counsel. (Doc. #28; Doc. #29). It also did not use the Court's standard form. (Doc. #28). Accordingly, the Court struck Plaintiff's case management report from the record for failure to comply with Local Rule 3.05. (Doc. #30).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Because there is no proper case management report, the Court will cancel today's preliminary pretrial conference. The Court does so with extreme reservation. This case has been pending for almost a year, and it is still in the infant stages of litigation. Moreover, the Court is concerned with the parties' seemingly blasé attitude with its orders and Local Rules. The Court's orders and deadlines are not suggestions to be ignored. The Court expects full compliance going forward and it will not afford further leniency in the future.

Accordingly, it is now

**ORDERED:**

(1) The preliminary pretrial conference set for July 20, 2015, before the undersigned is **CANCELED** and **RESCHEDULED** for **August 10, 2015 at 3:15 PM**. The parties must appear at the rescheduled preliminary pretrial conference in person – telephonic appearances by counsel of record will not be permitted.

(2) The parties must **MEET AND CONFER** – in person or telephonically – on or before **July 27, 2015**, in order to prepare a joint case management report. The parties must use the standard case management report found on the undersigned's website. The parties must then file a proper case management report with the Court on or before **August 3, 2015**.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of July, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2